Argued and submitted February 17,
appeal dismissed March 29, 1982

BROOKS,
*Appellant,*

*v.*

CITY OF BEAVERTON et al,
*Respondents.*

(No. 40-162, CA A20904)

643 P2d 351

Henry Kane, Beaverton, argued the cause and filed the briefs for appellant.

Eleanore S. Baxendale, Assistant City Attorney, Beaverton, argued the cause and filed the brief for respondents.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

## PER CURIAM.

Plaintiff appeals an order granting defendant's motion for summary judgment. The order provides, in relevant part:

"IT IS HEREBY ORDERED AND ADJUDGED:

"1) Plaintiff's Motion for Partial Summary Judgment is denied.

"2) Defendants' Motion for Summary Judgment is granted.

"3) Defendants may recover their costs and disbursements."

The order disposes of the motions but does not decide the case. Accordingly, it is not appealable. ORS 19.010; *Ensley v. Fitzwater,* 55 Or App 737, 639 P2d 716 (1982).

Appeal dismissed.